U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
APR 13 2012
CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| SHEILA WAGGONER | ) | PLAINTIFF |
| | ) | |
| VS. | ) | NO. 12-5070 |
| | ) | |
| E-Z MART STORES, INC. | ) | DEFENDANT |

## COMPLAINT AT LAW

COMES NOW, the above-named Plaintiff, by and through her attorney, John VanWinkle, and for her Complaint against the above-named Defendant, states and alleges:

1. That Plaintiff is and was at all times pertinent herein a citizen and resident of Benton County, Arkansas. That Defendant is a foreign corporation doing business in the State of Arkansas. That jurisdiction of this Court is pursuant to 28 U.S.C. Sect. 1332, diversity of citizenship, as the parties are citizens of different states and the amount in controversy is in excess of $75,000.00.

2. That on January 17, 2010, Plaintiff was a business invitee at Defendant's store located in Bentonville, Benton County, Arkansas. While trying to pump gas in front of Defendant's store, she suddenly and without warning slipped and fell on ice on the parking lot and suffered the damages set out hereinbelow.

3. That the above-mentioned fall was proximately caused by the negligence of Defendant in the following respects:

   A. Failure to properly maintain their parking lot;

   B. Allowing ice to accumulate on the parking lot;

   C. Failure to use ordinary care to protect their business invitees from falls.

4. That Plaintiff suffered the following damages as a result of Defendant's negligence as set out hereinabove:

   A. Extreme pain and suffering beginning immediately and continuing on an ongoing basis;

   B. Medical expenses, both past, present and future;

   C. Permanent injury, all to her damages in the sum and amount of $80,000.00.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that she have judgment against Defendant in the sum and amount set out hereinabove; plus reasonable attorney's fees and all costs of this action, plus any and all other relief to which she may be entitled whether specifically prayed for or not.

Plaintiff seeks a trial by jury.

SHEILA WAGGONER, PLAINTIFF

VANWINKLE & ASSOCIATES

_____
John VanWinkle    Bar No. 80154
1130 E. Millsap Rd.
Fayetteville, Arkansas 72703
(479)571-3000    Telephone
(479)571-1070    Facsimile